

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| SOUTHWEST CONVENIENCE STORES, LLC, | § | No. 08-15-00099-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | County Court at Law No. 6 |
| v. | | |
| | § | of El Paso County, Texas |
| NORMA MORA, | | |
| | § | (TC# 2013-DCV3446) |
| Appellee. | | |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **August 22, 2015**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Mark D. Dore, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before August 22, 2015.

IT IS SO ORDERED this 3rd day of August, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.
(Hughes, J., Not Participating)